IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IRENE PEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAFECO INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | )   Civil Action No. 5:23-CV-185-C |

## **ORDER**

The Court notes that the Parties have filed a Joint Stipulation of Dismissal on November 6, 2024. As such, all claims are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each of the Parties to bear their own fees and costs.

SO ORDERED this 7th day of November, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE